

U.S. Department of Justice

United States Attorney
Eastern District of New York

TAD/JMH
F. #2017R01402

271 Cadman Plaza East
Brooklyn, New York 11201

August 24, 2017

By Hand and ECF

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: Motion to Close Courtroom
      Miscellaneous Docket No. 17-2373 (NGG)

Dear Judge Garaufis:

  A proceeding in the above-referenced case is scheduled for August 25, 2017, at 11:00 a.m. before Your Honor. The government has submitted, under separate cover, its motion and proposed order to close the courtroom for the proceeding and requests, for the reasons set forth in the motion, that the motion and any resulting order entered by the Court be filed under seal. The government has advised counsel for the defendant of the proposed motion and order, and has provided defense counsel with copies of these documents. The government further writes to confirm that a public hearing on the motion to close the courtroom has been scheduled before Your Honor for August 25, 2017, at 10:30 a.m.

            Respectfully submitted,

            BRIDGET M. ROHDE
            Acting United States Attorney

      By:  /s/ J. Matthew Haggans
            Tiana A. Demas
            J. Matthew Haggans
            Assistant U.S. Attorneys
            (718) 254-6116 / 6127

cc: Clerk of Court (NGG) (By ECF)
   LaKeytria Felder, Esq. (By Hand)
   Samuel Jacobson, Esq. (By Hand)